```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.,

            Plaintiffs,

    -against-                         09 Civ. 7487 (RMB)

JOHN DOE D/B/A FRED BLANC D/B/A       ECF Case
JACKMOORE84 D/B/A ANWAR JARRAD
D/B/A ROB JOHNSON D/B/A RICK
WHITENS D/B/A HOMER D/B/A
TBANDSM AND JOHN DOE NOS. 1-5,

            Defendants.

- - - - - - - - - - - - - - - - - - -x

ORDER ALLOWING SERVICE OF A SUBPOENA
ON PAYPAL, INC. TO ASCERTAIN THE LOCATIONS
AND IDENTITIES OF DEFENDANTS

Upon the application of plaintiffs Pearson Education, Inc., Cengage Learning Inc., John Wiley & Sons, Inc. and The McGraw-Hill Companies, Inc. for an order, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, authorizing plaintiffs to serve a subpoena on PayPal, Inc. to determine the identities and locations of defendants John Doe d/b/a Fred Blanc d/b/a Jackmoore84 d/b/a Anwar Jarrad d/b/a Rob Johnson d/b/a Rick Whitens d/b/a Homer d/b/a TBandSM and John Doe Nos. 1-5, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiffs may serve the subpoena, annexed as Exhibit I, on PayPal, Inc. to identify and locate defendants in this action.

Dated:  New York, New York
       September 15, 2009

                                                        _____
                                                            U.S.D.J.